IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXIM REALTY AND LOANS, INC.,

    Plaintiff,

  v.

MALOU RIVERA,

    Defendants.

    No. C 12-00401 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE REMAND

    The Court has reviewed Magistrate Judge James' Report and Recommendation Re Remand. The time for objections has passed and none were filed. The Court adopts the Report and Recommendation. Accordingly,

    IT IS HEREBY ORDERED that this case is remanded to the Alameda County Superior Court.

Dated: 3/5/2012

    CLAUDIA WILKEN
    United States District Judge

cc: MagRef, MEJ